UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
                                *
TIMOTHY LEAHY,                  *
                                *
            Plaintiff,          *
                                *
v.                              *   CIVIL ACTION NO.
                                *
PRIMA NORTH AMERICA, INC.,      *   04-40010
                                *
            Defendant.          *
                                *
*********************************
```

**PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant, PRIMA North America, Inc., respectfully states:

1. On or after January 6, 2004, Defendant was served with a Complaint commenced in the Superior Court, Worcester County, which is entitled <u>Timothy Leahy v. Convergent Prima, Inc.</u>, Civil Action No. 03-2497B. Service of the Summons and Complaint was made on January 6, 2004. Copies of the Summons and Complaint are annexed hereto as Exhibit A.

2. Upon information and belief, Plaintiff is a resident of Spencer, Massachusetts. Defendant is a Delaware Corporation with a principal place of business in Chicopee, Massachusetts. Plaintiff is alleging illegal discrimination based on his age, disparate treatment, and breach of contract.

3. The amount in damages exceeds $75,000.00.

4. This court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

Page 1 of 2

5. Removal of this action to this court is authorized by 28 U.S.C. § 1441(b).

6. This Petition for Removal is filed with this court within thirty (30) days after receipt by Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action is based and the Summons.

WHEREFORE, Defendant, PRIMA North America, Inc., prays that the above-referenced action now pending in the Superior Court, Commonwealth of Massachusetts, Worcester County, be removed to this Court.

Respectfully Submitted,

*[signature]*

Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: January 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on January 20, 2004.

*[signature]*

Susan G. Fentin, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753



# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 03-2497 B

Timothy Leahy

Plaintiff(s)

v.

Convergent Prima, Inc

Defendant(s)

SUMMONS

※ To the above-named Defendant:

You are hereby summoned and required to serve upon Timothy Leahy whose address is 10 Irving ST Spencer, MA 01562, plaintiff's attorney, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the 30th day of December ........................in the year of our Lord two thousand and three.

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

※ NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Supe Room 21.

COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY LEAHY,<br>Claimant,<br><br>v.<br><br>CONVERGENT PRIMA, INC.,<br>Employer. | 03-2497 B<br><br>**FILED**<br>DEC 3 0 2003<br>ATTEST:<br><br>CLERK |

## COMPLAINT

On or about August 21, 2000, Timothy Leahy was hired at Convergent Prima, Inc. as a candidate for temporary to permanent Buyer/Senior Buyer, a position for which Mr. Leahy was well qualified. Mr. Leahy was hired through the Agentry Staffing Employment Agency who had forwarded his resume to Convergent Prima. Prior to being hired, Mr. Leahy had not met anyone at Convergent Prima. At the time, he was fifty-six (56) years old.

On August 21, 2000, Mr. Leahy met with Ron Smeltzer, Director of Purchasing for whom he would be working. During this time, Mr. Leahy mentioned that he would be interested in a permanent position. Although Mr. Leahy was most interested in Senior Buyer, he was also interested in the position of Buyer depending on whether a more qualified person was applying for the Senior Buyer's position.

Mr. Leahy's background consists of approximately thirty-six (36) years working in the manufacturing field with extensive experience in manufacturing purchasing and inventory control as well as warehouse and stockroom management. In November of 2000, Ron Smeltzer asked if Mr. Leahy would accept a permanent position at Convergent Prima as a Buyer. Although Mr. Leahy would have preferred the position of Senior Buyer, Mr. Leahy accepted the position and executed the contract, a copy of which is attached hereto as Exhibit A. Mr. Leahy's start date as a full-time employee with Convergent Prima was to be November 27, 2000 with benefits commencing on December 1, 2000. Prior to leaving work for Thanksgiving, Mr. Leahy spoke to the

Human Resource Manager on November 21, 2000 requesting forms for health insurance and other benefits. The Human Resource Manager said that she would get the forms to Mr. Leahy. Shortly thereafter, on November 21, 2001, Ron Smeltzer contacted Mr. Leahy and stated that the employment contract was not going to be honored. Mr. Smeltzer went on to say that budget meetings dictated the same but that at the end of the year he would advise Mr. Leahy whether the job would become permanent. Mr. Leahy was quite upset that Convergent Prima breached the executed contract, but because of his age and the need for the job, Mr. Leahy did not make an issue out of this at the time.

In December, all employees, including temporary employees, received bonuses except for Mr. Leahy. After the first of the year, despite inquiry, Mr. Smeltzer failed to advise Mr. Leahy as to the status of the position of Buyer as promised. The attitude of Mr. Leahy's manager toward him became increasingly hostile causing Mr. Leahy to be isolated. No other employee, temporary or permanent, was treated with the hostility and disdain that was directed toward Mr. Leahy.

+++On or about September of 2000+++, ""Debra"" Demerski was hired as Senior Buyer. Since Mr. Leahy had begun working at Convergent Prima, he had made it known that he was interested in the position of Senior Buyer, a position for which Mr. Leahy was well qualified. Interestingly enough, Ms. Demerski, with whom Mr. Leahy had a good rapport, was hired as Senior Buyer. Ms. Demerski had no experience in using the internet for various purchasing activities which was part of the integral job requirements; had no training or experience in supervising employees; and had no experience with electronic parts and the end products. It is Mr. Leahy's understanding that Ms. Demerski spoke with his manager, Mr. Smeltzer. Stating that Mr. Leahy was very qualified for the position of Buyer and that she wished the position to be offered to Mr. Leahy as had been agreed. It is further Mr. Leahy's understanding that Mr. Smeltzer refused. Within in a few days of Mr. Leahy's oral notice to leave the company because he needed a permanent position, Mr. Leahy's position of Buyer was posted. Mr. Leahy spoke with the Human Resource Manager inquiring as to whether the posted position was a permanent position. She would not give Mr. Leahy a definitive answer. Next, Mr. Leahy was told not to return for his last week of work. During that time, an individual within the company was

hired full-time as a permanent Buyer. This female employee was thirty years Mr. Leahy's junior and had no experience whatsoever in purchasing.

Convergent Prima illegally discriminated against Mr. Leahy because of his age, treated him disparagingly from other workers and breached its employment contact with Mr. Leahy causing him to suffer lost wages and emotional distress and incurred costs for which Mr. Leahy seeks damages including, but not limited to, back pay, front pay, attorneys' fees and damages for emotional distress.

>                      Respectfully submitted,
>                      **Timothy Leahy,**
>
>                      _/s/ Timothy Leahy_

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Timothy Leahy

### DEFENDANTS
PRIMA North America, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Hampden
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PRO SE PLAINTIFF:
Timothy Leahy
10 Irving Street, #2
Spencer, MA  01562   (508) 885-1241

ATTORNEYS (IF KNOWN)
Susan G. Fentin
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, MA  01144   (413) 737-4753

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 362 Personal Injury — Med. Malpractice | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury — Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | | | |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | | |
| ☐ 441 Voting | **PRISONER PETITIONS** | | | |
| ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | | | |
| ☐ 444 Welfare | ☐ 530 General | | | |
| ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | | | |
| | ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Age discrimination in hiring and terms and conditions of employment; breach of contract.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE: N/A
DOCKET NUMBER: N/A

DATE: 1-20-04
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Timothy Leahy v. PRIMA North America, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐   NO ☒
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☐   NO ☒

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☐      Central Division ☐      Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐      Central Division ☒      Western Division ☒

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Susan G. Fentin, Esq.
ADDRESS Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, Massachusetts 01144
TELEPHONE NO. (413) 737-4753

(CategoryForm[1].wpd - 10/17/02)