UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***********************   *
                          *
TIMOTHY LEAHY,            *
                          *
        Plaintiff,        *
                          *
v.                        *   CIVIL ACTION NO.
                          *
PRIMA NORTH AMERICA, INC.,*   04-40010
                          *
        Defendant.        *
                          *
***********************
```

2004 JAN 22 A 10: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Susan G. Fentin, Esq., and hereby notices its Appearance as counsel for Defendant, PRIMA NORTH AMERICA, INC., in the above-referenced matter.

Respectfully Submitted,

*Susan G. Fentin* (signature)

Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: January 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on January 20, 2004.

*Susan G. Fentin* (signature)

Susan G. Fentin, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753