UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************
*
TIMOTHY LEAHY,                           *
                                         *
          Plaintiff,                     *
                                         *
v.                                       *    CIVIL ACTION NO.
                                         *
PRIMA NORTH AMERICA, INC.,               *    04-40010
                                         *
          Defendant.                     *
                                         *
*********************************

### REQUEST FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT

The Defendant in the above-captioned matter, PRIMA North America, Inc. ("PRIMA"), submits this Request for Extension of Time in which to Answer or Otherwise Respond to the Plaintiff's Complaint. In support of this Request, the Defendant represents as follows:

1. The suit was filed in Worcester County Superior Court on or around December 30, 2003.

2. The Defendant was not served until January 6, 2004.

3. The Answer in this matter is due on or before January 27, 2004.

4. The Plaintiff's claim involves complex questions of fact and law that require further research before an Answer can be filed.

5. The Defendant requires additional time to research the factual support and legal basis for the Plaintiff's claims.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

WHEREFORE, the Defendant respectfully requests this court grant its Request for an Extension of Time and allow it to submit its Answer or otherwise respond to the Plaintiff's Complaint on or before February 26, 2004.

Respectfully Submitted,

*Susan G. Fentin*
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: January 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on January 20, 2004.

*Susan G. Fentin*
Susan G. Fentin, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753