UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
TIMOTHY LEAHY,                    *
                                  *
            Plaintiff,            *
                                  *
v.                                *     CIVIL ACTION NO. 04-40010-NMG
                                  *
PRIMA NORTH AMERICA, INC.,        *
                                  *
            Defendant.            *
                                  *
**********************************
```

### DEFENDANT'S PARTIAL MOTION TO DISMISS

The Defendant in the above-captioned matter, PRIMA North America, Inc., submits this Partial Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The Plaintiff, Timothy Leahy, has failed to file his claim for age discrimination within the statutory time limit for such claims. Mass. Gen. Stat. c. 151B, § 9. Accordingly, his claim must be dismissed.

In further support of this Motion, the Defendant relies upon the accompanying Memorandum of Law.

Respectfully submitted,

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated: February 26, 2004                         Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on February 26, 2004.

                                                          /s/ Susan G. Fentin _____
                                                          Susan G. Fentin, Esq.