UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
TIMOTHY LEAHY,                    *
                                  *
          Plaintiff,              *
                                  *
v.                                *    CIVIL ACTION NO. 04-40010-NMG
                                  *
PRIMA NORTH AMERICA, INC.,        *
                                  *
          Defendant.              *
                                  *
**********************************
```

## DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Fed. R. Civ. P. 12(f), the Defendant, PRIMA North America, Inc., submits this Motion for a More Definite Statement of the allegations of Breach of Contract in the Complaint filed by Plaintiff Timothy Leahy, *pro se*.[1] The Plaintiff's Complaint cites to documents as attachments to his Complaint, but no such documents were filed with the court. The Defendant therefore asks this court to order the Plaintiff to provide the Defendant with a complete Complaint, setting forth the basis for his claim of Breach of Contract, together with all relevant attachments. In further support of this Motion, the Defendant relies on the accompanying Memorandum of Law.

---

[1] The Plaintiff's Complaint, filed *pro se*, states a claim for Employment Discrimination and Breach of Contract. By separate pleading, the Defendant is moving to dismiss the Plaintiff's claim for Employment Discrimination. This Motion for More Definite Statement is therefore addressed only to the Plaintiff's remaining claim for Breach of Contract.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Susan G. Fentin<br>Susan G. Fentin, Esq.<br>BBO No. 632962<br>Counsel for Defendant<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts 01144 |
| Dated: February 26, 2004 | Tel.: (413) 737-4753/Fax: (413) 787-1941 |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on February 26, 2004.

                                                                        /s/ Susan G. Fentin
                                                                        Susan G. Fentin, Esq.