UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
TIMOTHY LEAHY,                    *
                                  *
            Plaintiff,            *
                                  *
v.                                *   CIVIL ACTION NO. 04-40010-NMG
                                  *
PRIMA NORTH AMERICA, INC.,        *
                                  *
            Defendant.            *
                                  *
**********************************
```

### DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT
### OF MOTION FOR MORE DEFINITE STATEMENT

The Defendant in the above captioned matter, PRIMA North America, Inc., submits this Memorandum of Law in support of its Motion for More Definite Statement. The Plaintiff's Complaint claims Breach of Contract, based on an attachment that was not included with the Complaint when filed. *See* Complaint, attached as Exhibit 1, referencing "Exhibit A." The Defendant requests that this court order the Plaintiff to more fully state his claim of Breach of Contract and provide a copy of the referenced document so that the Defendant may properly formulate a responsive pleading.

### ARGUMENT

A.   Procedural Background

Plaintiff, Timothy Leahy, filed his Complaint in Massachusetts Superior Court for the County of Worcester on December 30, 2003. The Plaintiff stated claims for Employment Discrimination and Breach of Contract. The Defendant removed this case to Federal Court on January 20, 2004. This court granted the Defendant an extension of time until February 26,

2004, to Answer or otherwise respond to the Plaintiff's Complaint. On February 26, 2004, the Defendant filed a Motion to Dismiss the Plaintiff's claim for Employment Discrimination as barred by the applicable statute of limitations. This Motion for More Definite Statement is addressed to the Plaintiff's remaining claim of Breach of Contract.

    B.    <u>Legal Argument</u>

        1.    *The Plaintiff Should be Required to Submit a Copy of the Alleged Contract Referenced in the Complaint as "Exhibit A"*

In his Complaint, the Plaintiff references an Exhibit A that he alleges is an executed contract for employment with the Defendant for a "permanent" position as buyer. *See* Complaint, Paragraph 3. However, the Complaint, as filed, did not include such an attachment. The Plaintiff's claim of breach of contract may be subject to dismissal for failure to state a claim for which relief can be granted under Massachusetts law. He has referenced the alleged contract in his Complaint and cites to it as an Exhibit. The Defendant requires this alleged contract in order to be able to determine whether the Plaintiff's claims for breach of contract are subject to a Motion to Dismiss.

Under the Federal Rules of Civil Procedure, a defendant can move for a more definite statement of claims in a complaint where the claims are "so vague or ambiguous that a party cannot reasonably be required to frame a responsive answer." Fed. R. Civ. P. 12(e). Courts do not invoke Rule 12(e) frequently and more often dismiss such complaints with leave to amend. *See* <u>Fease v. Town of Shrewsbury</u>, 188 F. Supp. 2d 16, 17 (D. Mass 2002) (*citing* <u>Cash Energy, Inc. v. Weiner</u>, 768 F. Supp. 892, 897 (D. Mass.1991)). While it is true that *pro se* complaints are not held to the same standards as complaints drafted and filed by counsel, nonetheless, where

a complaint is too vague to enable the defendant to file a responsive pleading, a Motion for More Definite Statement should be granted.  Id.

In this case, the Defendant cannot properly formulate a responsive pleading to the Complaint without seeing the alleged "Exhibit A."  Under Massachusetts law, employment is generally "at-will," unless a valid contract exists to alter that at-will relationship.  Upton v. JWP Businessland, 425 Mass. 756, 757 (1997) (citations omitted) (reciting general rule that employment at-will terminable for any reason or for no reason at all).  The Complaint alleges that such a contract exists and references it as an Exhibit to his Complaint.  The Defendant requires a copy of the alleged Exhibit A in order to properly formulate a responsive pleading, whether that be an Answer or Motion to Dismiss.  Accordingly, the Defendant respectfully requests that this court order the Plaintiff to provide a more definite statement of his claims for Breach of Contract by means of a complete Complaint including copies of all cited attachments.

WHEREFORE, the Defendant respectfully asks this court to grant its Motion for More Definite Statement.

Respectfully submitted,

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:  February 26, 2004                        Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on February 26, 2004.

                                                /s/ Susan G. Fentin
                                                Susan G. Fentin, Esq.