# EXHIBIT 1

Case 4:04-cv-40010-FDS   Document 8-2   Filed 02/26/2004   Page 1 of 4

COMMONWEALTH OF MASSACHUSETTS

```
TIMOTHY LEAHY,           )
      Claimant,          )
                         )                    03-2497 B
v.                       )
                         )                    FILED
CONVERGENT PRIMA, INC.,  )                    DEC 3 0 2003
      Employer.          )           ATTEST:
                         )                    _____
                                                CLERK
```

### COMPLAINT

On or about August 21, 2000, Timothy Leahy was hired at Convergent Prima, Inc. as a candidate for temporary to permanent Buyer/Senior Buyer, a position for which Mr. Leahy was well qualified. Mr. Leahy was hired through the Agentry Staffing Employment Agency who had forwarded his resume to Convergent Prima. Prior to being hired, Mr. Leahy had not met anyone at Convergent Prima. At the time, he was fifty-six (56) years old.

On August 21, 2000, Mr. Leahy met with Ron Smeltzer, Director of Purchasing for whom he would be working. During this time, Mr. Leahy mentioned that he would be interested in a permanent position. Although Mr. Leahy was most interested in Senior Buyer, he was also interested in the position of Buyer depending on whether a more qualified person was applying for the Senior Buyer's position.

Mr. Leahy's background consists of approximately thirty-six (36) years working in the manufacturing field with extensive experience in manufacturing purchasing and inventory control as well as warehouse and stockroom management. In November of 2000, Ron Smeltzer asked if Mr. Leahy would accept a permanent position at Convergent Prima as a Buyer. Although Mr. Leahy would have preferred the position of Senior Buyer, Mr. Leahy accepted the position and executed the contract, a copy of which is attached hereto as Exhibit A. Mr. Leahy's start date as a full-time employee with Convergent Prima was to be November 27, 2000 with benefits commencing on December 1, 2000. Prior to leaving work for Thanksgiving, Mr. Leahy spoke to the

Human Resource Manager on November 21, 2000 requesting forms for health insurance and other benefits. The Human Resource Manager said that she would get the forms to Mr. Leahy. Shortly thereafter, on November 21, 2001, Ron Smeltzer contacted Mr. Leahy and stated that the employment contract was not going to be honored. Mr. Smeltzer went on to say that budget meetings dictated the same but that at the end of the year he would advise Mr. Leahy whether the job would become permanent. Mr. Leahy was quite upset that Convergent Prima breached the executed contract, but because of his age and the need for the job, Mr. Leahy did not make an issue out of this at the time.

In December, all employees, including temporary employees, received bonuses except for Mr. Leahy. After the first of the year, despite inquiry, Mr. Smeltzer failed to advise Mr. Leahy as to the status of the position of Buyer as promised. The attitude of Mr. Leahy's manager toward him became increasingly hostile causing Mr. Leahy to be isolated. No other employee, temporary or permanent, was treated with the hostility and disdain that was directed toward Mr. Leahy.

+++On or about September of 2000+++, ""Debra"" Demerski was hired as Senior Buyer. Since Mr. Leahy had begun working at Convergent Prima, he had made it known that he was interested in the position of Senior Buyer, a position for which Mr. Leahy was well qualified. Interestingly enough, Ms. Demerski, with whom Mr. Leahy had a good rapport, was hired as Senior Buyer. Ms. Demerski had no experience in using the internet for various purchasing activities which was part of the integral job requirements; had no training or experience in supervising employees; and had no experience with electronic parts and the end products. It is Mr. Leahy's understanding that Ms. Demerski spoke with his manager, Mr. Smeltzer. Stating that Mr. Leahy was very qualified for the position of Buyer and that she wished the position to be offered to Mr. Leahy as had been agreed. It is further Mr. Leahy's understanding that Mr. Smeltzer refused. Within in a few days of Mr. Leahy's oral notice to leave the company because he needed a permanent position, Mr. Leahy's position of Buyer was posted. Mr. Leahy spoke with the Human Resource Manager inquiring as to whether the posted position was a permanent position. She would not give Mr. Leahy a definitive answer. Next, Mr. Leahy was told not to return for his last week of work. During that time, an individual within the company was

2

hired full-time as a permanent Buyer. This female employee was thirty years Mr. Leahy's junior and had no experience whatsoever in purchasing.

Convergent Prima illegally discriminated against Mr. Leahy because of his age, treated him disparagingly from other workers and breached its employment contact with Mr. Leahy causing him to suffer lost wages and emotional distress and incurred costs for which Mr. Leahy seeks damages including, but not limited to, back pay, front pay, attorneys' fees and damages for emotional distress.

Respectfully submitted,
**Timothy Leahy,**

*Timothy Leahy*

A true copy by photostatic process
Attest: *[signature]*
Asst. Clerk

3