UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TIMOTHY LEAHY,

       Plaintiff,

v.                                  CIVIL ACTION NO. 04-40010-NMG

PRIMA NORTH AMERICA, INC.,

       Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and hereby notices its Appearance as counsel for Defendant, PRIMA NORTH AMERICA, INC., in the above-referenced matter.

                                                                          Respectfully Submitted,

                                                                         /s/ Amy B. Royal
                                                                         Amy B. Royal, Esq.
                                                                         BBO No. 647175
                                                                         Counsel for Defendant
                                                                         Skoler, Abbott & Presser, P.C.
                                                                         One Monarch Place, Suite 2000
                                                                         Springfield, Massachusetts  01144

Dated:  March 1, 2004                            Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on March 1, 2004.

                                                                          /s/ Amy B. Royal
                                                                         Amy B. Royal, Esq.