**TIMOTHY A. LEAHY**
**(508) 885-1241**         email: timmleahy@aol.com

**10 IRVING STREET #2**
**SPENCER, MA 01562**

March 10, 2004

2004 MAR 11  P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

Re: Timothy Leahy v.
    Convergent Prima, Inc.
    Civil Action No. 04-40010-NMG

## PLAINTIFF'S MOTION TO EXTEND TIME FOR THIRTY DAYS

Motion to extend time is necessary in order for me to retain legal counsel. Amy B. Royal, Counsel for Defendant, asserts to this motion.

Sincerely,

*[signature]*
Timothy Leahy


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Amy B. Royal, Esq. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on March 10, 2004.

*[signature]*
Timothy Leahy