**TIMOTHY A. LEAHY**    **10 IRVING STREET #2**
**(508) 885-1241**    email: timmleahy@aol.com    **SPENCER, MA 01562**

April 1, 2004

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

Re: Timothy Leahy v.
 Convergent Prima, Inc.
 Civil Action No. 04-40010-NMG

### PLAINTIFF'S MOTION FOR COURT APPOINTMENT OF COUNSEL

Due to my financial problems due to events over the past three and one half years, I have found it necessary to file this motion.

Any needed information or paperwork will be provided.

Sincerely,

*Timothy Leahy*
Timothy Leahy


### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Amy B. Royal, Esq. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on April 1, 2004.

Timothy Leahy