**TIMOTHY A. LEAHY**　　　　　　　　　　**10 IRVING STREET #2**
(508) 885-1241　　　email: timmleahy@aol.com　　**SPENCER, MA 01562**

April 1, 2004

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

Re: Timothy Leahy v.
　　Convergent Prima, Inc.
　　Civil Action No. 04-40010-NMG

## PLAINTIFF'S ANSWER TO MOTION TO DISMISS

I was not notified on November 21, 2000 that I was not going to be hired. In fact, I was never notified that I was not going to be hired. After being told that there was a problem with the budget, (was never told which budget) on November 21, 2000, I continued to work for Convergent. I was told that a decision would be made by the end of the year. (2000) After the beginning of the year came and past with no answer as promised, (I continued to make inquiries.) I decided to leave since it appeared that they seemed to want to keep me on but not to pay me benefits or the salary promised. My notice was given on or about January 15, 2001. I worked out my notice and left work on or about January 30, 2001.

Sincerely,

*[signature]*
Timothy Leahy

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Amy B. Royal, Esq. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on April 1, 2004.

Timothy Leahy