**TIMOTHY A. LEAHY**
**(508) 885-1241**     email: timmleahy@aol.com

**10 IRVING STREET #2**
**SPENCER, MA 01562**

April 1, 2004

2004 ... -5 P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

Re: Timothy Leahy v.
    Convergent Prima, Inc.
    Civil Action No. 04-40010-NMG

### PLAINTIFF'S ANSWER TO MOTION FOR MORE DEFINITE STATEMENT

Attached is a copy of Convergent Prima's offer of employment dated November 8, 2000. This offer was accepted by myself, signed and returned to Convergent Prima during the week of November 12, 2000.

Sincerely,

Timothy Leahy

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Amy B. Royal, Esq. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on April 1, 2004.

Timothy Leahy



**CONVERGENT PRIMA**

Convergent Prima, Inc.
1 Picker Road
Sturbridge, MA 01566
www.convergentprima.com

Administration:
T: 508-347-2681
F: 508-347-9749

Sales:
T: 800-527-3760
F: 508-347-6134

Service:
T: 800-722-1133
F: 508-347-5074

November 8, 2000

Dear Tim,

Convergent Prima, Inc. is pleased to offer you the position of Buyer II.   Your compensation will be $1730.77 bi-weekly ($45,000 annualized).

Convergent Prima, Inc. offers an attractive fringe benefits package.  A summary of benefits is attached for your convenience.  In addition, Convergent Prima offers paid time off, which is accrued based on your hire date, tuition reimbursement, and a 401k retirement plan, with a company match of $.50 on every dollar up to 8%.  Information on this plan, along with an enrollment form, is included in this package.

Convergent Prima, Inc. offers growth potential in an exciting technology, as well as the stability and strength of a well-established firm.  We believe you will be a valuable asset to our staff and look forward to you becoming part of the team.

The proposed starting date is November 27, 2000.  Please indicate your acceptance on this letter and return it to my attention.  If you have any further questions, please do not hesitate to contact me at 508-347-8315.

Sincerely,

Ron Smeltzer
Director of Purchasing

Acceptance

I acknowledge that my employment relationship with Convergent Prima, Inc. is of the "at will" nature, and that my employment may be terminated at any time by me or by Convergent Prima, Inc., without cause or notice.

_____                    _____
        Signature                                   Start Date

Enclosures

C:\my documents\offer.leahy.doc