# TIMOTHY A. LEAHY
## (508) 885-1241     email: timmleahy@aol.com

# 10 IRVING STREET #2
## SPENCER, MA 01562

April 9, 2004

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

Re: Timothy Leahy v.
    Convergent Prima, Inc.
    Civil Action No. 04-40010-NMG

Enclosed is information to support plaintiff's motion for appointment of counsel.

Sincerely,

*[signature]*
Timothy Leahy


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Amy B. Royal, Esq. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on April 9, 2004.


Timothy Leahy

| | | |
|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | |
| IN THE CASE OF | LEAHY v.s. Convergent Prima  FOR Age Descrimination  AT  2004 APR 12 P 1:16  U.S. DISTRICT COURT  DISTRICT OF MASS. | LOCATION NUMBER |
| PERSON REPRESENTED (Show your full name) | Timothy Leahy | 1 ☐ Defendant—Adult  2 ☐ Defendant—Juvenile  3 ☐ Appellant  4 ☐ Probation Violator  5 ☐ Parole Violator  6 ☐ Habeas Petitioner  7 ☐ 2255 Petitioner  8 ☐ Material Witness  9 ☐ Other (Specify) Plaintiff |
| CHARGE/OFFENSE | ☐ Felony  ☐ Misdemeanor | DOCKET NUMBERS  Magistrate  District Court  04-40010-NMG  Court of Appeals |

**EMPLOYMENT** (Per YR. 4063 W-2)

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed  (2) Knights Airport
Name and address of employer: Robert L. McCarthy + Son — Limo Service
IF YES, how much do you earn per month? $ 1500.00
IF NO, give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 200.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE $ 1700.00  DESCRIPTION 1997 Nissan Altima

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | $400.00 | | |
| | TranSouth Financial (Car) | $1500.00 | $248.00 |
| | Phone, Electric, Cable | | $92.00 |
| | Automobile Expenses | | $140.00 |
| | Food, Household Expenses | | $200.00 |
| | Medical * See Attached * | | $800.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) April 9, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Timothy Leahy

**TIMOTHY A. LEAHY**
**(508) 885-1241**     email: timmleahy@aol.com

**10 IRVING STREET #2**
**SPENCER, MA 01562**

April 9, 2004

To whom it may concern;

My gross and net income is listed as my ~~best estimate due to the fact that I do~~ *Income on W-2* not work a set amount of hours at my "part time" job at Knight's Airport Limo Service. Also, my position with McCarthy & Son, Inc. is a school bus driver, which works out to about 36 weeks of work in a year. There is some opportunity for summer work, but not as available as school time work.

On my monthly expenses, I listed as my income after taxes minus expenses as a negative income. This is due to my not having medical insurance and being straddled with medication cost in the area of $800.00 a month. This puts me into the group of citizens who have to choose between eating and medication from time to time.

This is a direct result of being discriminated against due to age.

Sincerely,

*Timothy A. Leahy*
Timothy A. Leahy