| | |
|---|---|
| **TIMOTHY A. LEAHY** | **10 IRVING STREET #2** |
| **(508) 885-1241**    email: timmleahy@aol.com | **SPENCER, MA 01562** |

April 9, 2004

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

Re: Timothy Leahy v.
    Convergent Prima, Inc.
    Civil Action No. 04-40010-NMG

<u>PLAINTIFF'S MOTION TO EXTEND TIME FOR THIRTY DAYS
TO ALLOW TIME FOR MOTION FOR APPOINTMENT OF COUNSEL</u>

Motion to extend time is necessary in order for me to retain legal counsel, and/or appointed by Federal Court.

Sincerely,

*[signature]*
Timothy Leahy

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Amy B. Royal, Esq. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on April 9, 2004.

Timothy Leahy
*[signature]*