UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
TIMOTHY LEAHY,                    *
                                  *
            Plaintiff,            *
                                  *
v.                                *   CIVIL ACTION NO. 04-40010-NMG
                                  *
PRIMA NORTH AMERICA, INC.,        *
                                  *
            Defendant.            *
                                  *
**********************************
```

## MOTION TO ALLOW REPLY

The Defendant in the above-captioned matter, PRIMA North America, Inc., submits this Motion to Allow Reply to the Plaintiff's Answer to Defendant's Motion to Dismiss. As support for this Motion, the Defendant states as follows:

1. On February 26, 2004, the Defendant filed a Partial Motion to Dismiss the Plaintiff's claims of age discrimination as barred by the applicable statute of limitations.

2. The Plaintiff responded to the Defendant's Motion with an Answer. The Answer contains additional detail concerning the Plaintiff's claims of age discrimination.

3. The Defendant believes that its Reply will assist the court in evaluating its pending Partial Motion to Dismiss.

WHEREFORE, the Defendant respectfully requests that the court allow it to file the accompanying Reply to Plaintiff's Answer to Defendant's Partial Motion to Dismiss.

                                                   Respectfully submitted,

                                                   /s/ Susan G. Fentin
                                                 Susan G. Fentin, Esq.
                                                 BBO No. 632962
                                                 Counsel for Defendant
                                                 Skoler, Abbott & Presser, P.C.
                                                 One Monarch Place, Suite 2000
                                                 Springfield, Massachusetts  01144
Dated:  April 13, 2004                  Tel.: (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and accurate copy of the foregoing *Motion to Allow* Reply was electronically filed and served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on April 13, 2004.

                                                 /s/ Susan G. Fentin
                                                 Susan G. Fentin, Esq.