UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
TIMOTHY LEAHY,                    *
                                  *
            Plaintiff,            *
                                  *
v.                                *    CIVIL ACTION NO. 04-40010-NMG
                                  *
PRIMA NORTH AMERICA, INC.,        *
                                  *
            Defendant.            *
                                  *
**********************************
```

## DEFENDANT'S SECOND PARTIAL MOTION TO DISMISS

The Defendant in the above-captioned matter, PRIMA North America, Inc., submits this Second Partial Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), seeking to dismiss the Plaintiff's claim for Breach of Contract.[1] The Plaintiff's Breach of Contract claim fails to state a claim upon which relief can be granted because the terms of the document that the Plaintiff contends are the basis for this claim do not create an enforceable contract under Massachusetts law. Accordingly, his claim must be dismissed.

In further support of this Motion, the Defendant relies upon the accompanying Memorandum of Law.

---

[1] On February 26, 2004, the Defendant filed a Partial Motion to Dismiss, seeking to dismiss the Plaintiff's claim for age discrimination. It also filed a Motion for More Definite Statement with regard to the second of Plaintiff's claims, his claim for Breach of Contract. Having received the Plaintiff's Answer to its Motion for More Definite Statement, the Defendant now moves to dismiss the balance of the Plaintiff's claims in his Complaint.

                          Respectfully submitted,

                          /s/ Susan G. Fentin  
                          Susan G. Fentin, Esq.  
                          BBO No. 632962  
                          Counsel for Defendant  
                          Skoler, Abbott & Presser, P.C.  
                          One Monarch Place, Suite 2000  
                          Springfield, Massachusetts  01144  
Dated:  April 13, 2004              Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing *Defendant's Second Partial Motion To Dismiss* was filed electronically and served upon the Plaintiff, Timothy Leahy, 10 Irving Street, #2, Spencer, MA 01562, by first-class, U.S. mail, postage prepaid on April 13, 2004.

                          /s/ Susan G. Fentin  
                          Susan G. Fentin, Esq.