**TIMOTHY A. LEAHY**                               **10 IRVING STREET #2**
**(508) 885-1241**         email: timmleahy@aol.com    **SPENCER, MA 01562**

May 24, 2004

2004 MAY 25  P 12: 42

Clerk's Office-Civil
United States District Court
Harold D. Donohue Federal
Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Timothy Leahy v. Convergent Prima, Inc.
    Civil Action No. 04-40010-NMG


### PLAINTIFF'S ANSWER TO DEFENDANTS OPPOSITION ON PLAINTIFF'S MOTION FOR COURT APPOINTMENT OF COUNSEL

In answer to defendant's opposition to appointment of counsel for the plaintiff, the plaintiff believes that counsel for the defense has answered many of her own questions. A court appointed counsel is needed as stated, because the plaintiff has never had any education, nor any experience in the practice of law. Defendant states that plaintiff here is clearly an intelligent individual who is capable of representing himself in this matter. If this were true, than many-many cases would be tried without attorneys. I believe attorneys have a saying along the lines of "A Lawyer who represents himself has a fool for a client." If this were true, wouldn't an intelligent individual be worse off by trying to represent himself? Plaintiff may be intelligent, however he visits his cardiologist and consults with him, as the cardiologist is the expert in his field.

In my quest to recover damages from this age discrimination action, I have spent countless hours speaking, discussing, writing, faxing, mailing, emailing, many individuals involved with the age discrimination problems that plague our country. This effort clearly shows that I have in fact been a victim of age discrimination. Thus began my search for an attorney. I had set aside a couple of thousand dollars to retain the attorney. I contacted AARP, and through one of their programs, I retained an attorney. However, this attorney left her employer a short time later, and had to leave my case for me to fend for. Since most of the retainer was used up, I no longer had any funds for attorneys. (This all due of course, to not working due to age discrimination.) My search now changed to searching for an attorney who would be willing to take my case on a contingency basis. None were found. I turned to Bar Associations. For various reasons, they were of no help, except for suggestions. I tried Law Schools. I tried Pro Bono groups; of course I kept trying to retain lawyers. All to no avail. During this time, I was employed in part time low paying positions, working seven days a week. This further cut into my time as time spent searching and contacting these agencies, schools, associations, law offices etc. have to be called during the 8:00-5:00 working hours. These are hours that I am working.
Financially, besides the large cut in pay from this age discrimination action, and the downturn in our economy, I also suffered some type of stroke while I was without health insurance. The medical expenses as result of this stroke put me deeper into a financial hole. This clearly shows that I am clearly indigent. However, without counsel, the opposing attorney is the only attorney checking laws cases, court cases and the law. This is an exceptional circumstance where denial of counsel would result in fundamental unfairness impinging on my due process rights.

An attorney is needed in order to protect these rights.

Sincerely,

*Timothy Leahy*
Timothy Leahy

CERTIFICATE OF SERVICE
I hereby certify that a true and accurate copy of the above document was served upon the Defendant, Convergent Prima's Counsel Susan G. Fentin. Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, by first-class, U.S. mail on May 24, 2004.

Timothy Leahy