UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY LEAHY,       )<br>                                )<br>     Plaintiff,         )<br>                                )<br>     v.                       )<br>                                )<br>PRIMA NORTH AMERICA, INC., )<br>                                )<br>     Defendant.        )<br>                                ) | Civil Action No.<br>04-40010-FDS |

**ORDER FOR REMAND**

**SAYLOR, J.**

On December 30, 2003, plaintiff Timothy Leahy filed a complaint against defendant Prima North America, Inc., in the Superior Court Department of the Trial Court, Worcester County. On January 22, 2004, the case was removed by Prima North America to this Court on the basis of claimed diversity jurisdiction pursuant to 28 U.S.C. § 1332.

In its notice of removal, Prima North America indicates that it is a Delaware corporation with a principal place of business in Chicopee, Massachusetts, and that Leahy, upon information and belief, is a resident of Spencer, Massachusetts. Leahy's Civil Action Cover Sheet in the Superior Court and his subsequent pleadings indicate that he resides in Spencer, Massachusetts.

Prima North America is a resident of Massachusetts for diversity purposes, because a corporation is deemed a citizen of both its state of incorporation and the state where it has its principal place of business pursuant to 28 U.S.C. § 1332(c)(1). Given that Leahy is also a Massachusetts resident, complete diversity is lacking. *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978). Accordingly, this court lacks subject matter jurisdiction over this

matter. Lack of subject matter jurisdiction cannot be cured by waiver or consent of the parties. *See Quinn v. City of Boston,* 325 F.3d 18, 26 (1st Cir. 2003); Fed. R. Civ. P. 12(h)(3).

Accordingly, this matter is remanded to the Superior Court Department of the Trial Court, Worcester County. Defendant's pending motion to dismiss and plaintiff's pending motion for court appointment of counsel are DENIED as moot.

**So Ordered.**

                                        /s/ F. Dennis Saylor
                                        F. Dennis Saylor IV
                                        United States District Judge

Dated: November 1, 2004